IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | No. 3:14-mj-04012-1 |
| ) | MAGISTRATE JOHN BRYANT |
| MARTHA SANDOVAL ROSALES ) | |

## AGREED ORDER SUBSTITUTING COUNSEL

It appearing to the Court, as evidenced by the signatures of counsel below, that Jim Todd and Katie Hagan should be substituted as counsel for the defendant in place of Chuck Buckholts.

It is therefore ORDERED, ADJUDGED AND DECREED that Jim Todd and Katie Hagan are hereby substituted as counsel of record for Chuck Buckholts.

Dated this the 24th day of February, 2014.

_____
Magistrate John Bryant

**APPROVED FOR ENTRY:**

/s/Jim Todd   /s/Katie Hagan
Jim Todd  #16320
Katie Hagan #022122
218 Third Avenue North, Suite 200
Nashville, Tennessee  37201
Phone: (615) 628-9111

/s/Chuck Buckholts
Chuck Buckholts
2400 Crestmoor Road
Nashville, Tennessee 37215

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 and Chuck Buckholts, 2400 Crestmoor Road, Nashville, TN 37215 on this the 14th day of February, 2014.

/s/ Jim Todd  /s/ Katie Hagan
Jim Todd     Katie Hagan